PROB 22 (CAEP) (Rev. 01/24)

DOCKET NUMBER *(Tran. Court)*
0972 1:17CR00107-001

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Rec. Court)*
2:25-cr-00226-APG-DJA-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Delwyn Laray Gladney Sr<br>NEVADA | E-CA | Fresno |

X FILED   ___ RECEIVED
___ ENTERED   ___ SERVED ON
07/25/2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

NAME OF SENTENCING JUDGE
Jennifer L. Thurston

| DATES OF PROBATION / SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| [TSR] | 8/11/2023 | 8/10/2026 |

OFFENSE

18 USC 922(g)(1): Felon in Possession of a Firearm

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

The District of Nevada requests jurisdiction of this case since the Person Under Supervision has developed and/or established familiar ties, prosocial support systems, employment, and housing in the District of Nevada. Therefore, it is recommended that jurisdiction be transferred to the District of Nevada to continue to aid the Person Under Supervision in a successful term of Supervised Release/Probation.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   EASTERN   DISTRICT OF   CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   District of Nevada   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

April 30, 2025
*Date*

*signature: Jennifer L. Thurston*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   _____   DISTRICT OF   NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 28, 2025
*Effective Date*

*signature*
*United States District Judge*

CC:   United States Attorney

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Delwyn Laray Gladney

Case No.:  To be assigned

**REQUEST FOR ACCEPTANCE OF TRANSFER OF JURISDICTION**

July 25, 2025

TO:    United States District Judge:

On October 15, 2018, Mr. Gladney was sentenced in the Eastern District of California by the Honorable Lawrence J O'Neill to 84 months prison followed by three (3) years supervised release for committing the offense of Felon in Possession of a Firearm. Mr. Gladney commenced supervision in the District of Nevada on August 11, 2023.

Mr. Gladney plans to remain in Las Vegas for the duration of his supervision term. To expedite any future matter which may require the Court's attention, it is respectfully recommended the Court accept jurisdiction of the case.

Should the Court agree with this request, a signed transfer of jurisdiction form 22 is attached for Your Honor's review and signature.

Respectfully submitted,

*E Hogans* — Digitally signed by Erica Hogans
Date: 2025.07.25 11:28:01 -07'00'

Erica Hogans
US Probation Officer

Approved:

*Matt M for* — Digitally signed by Matthew Martinez
Date: 2025.07.25 10:29:30 -07'00'

Amberleigh Barajas
Supervisory United States Probation Officer